| | |
|---|---|
| 1 | DAVID F. MCDOWELL (CA SBN 125806) |
| 2 | DMcDowell@mofo.com<br>MORRISON & FOERSTER LLP |
| 3 | 555 West Fifth Street, Suite 3500<br>Los Angeles, California  90013 |
| 4 | Telephone: 213.892.5200<br>Facsimile: 213.892.5454 |
| 5 | TIFFANY CHEUNG (CA SBN 211497) |
| 6 | TCheung@mofo.com<br>MORRISON & FOERSTER LLP |
| 7 | 425 Market Street<br>San Francisco, California  94105-2482 |
| 8 | Telephone: 415.268.7000<br>Facsimile: 415.268.7522 |
| 9 | Attorneys for Defendant |
| 10 | TARGET CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER ROBERTSON, individually and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.   CV 11-01546-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

JOINT STIP. AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 11-CV-01546-CRB

sf-2991316

1        Plaintiff Heather Robertson ("Plaintiff") and Defendant Target Corporation ("Target"), by

2 and through their undersigned counsel, stipulate as follows:

3        WHEREAS, Target timely removed this action on March 30, 2011;

4        WHEREAS, Target filed its Answer to the Complaint on May 6, 2011;

5        WHEREAS, the case management conference in this case is currently set for June 3,

6 2011;

7        WHEREAS, the parties have conferred regarding their claims and defenses and are

8 continuing to confer about these issues;

9        WHEREAS, the parties have agreed that this process may facilitate an efficient resolution

10 of this case and that additional time is required to complete this process.

11        The parties hereby stipulate and respectfully request that the Court continue the Case

12 Management Conference until July 29, 2011 or a date thereafter that is convenient for the Court.

13 The parties will file their joint case management statement at least 7 days before the scheduled

14 Case Management Conference.

15

16 Dated: May 6, 2011            KASSRA P. NASSIRI
                                          NASSIRI & JUNG LLP

17

18                                   By: /s/ Kassra Nassiri
19                                             Kassra Nassiri

20                                             Attorneys for Plaintiff Heather
                                            Robertson

21 Dated: May 6, 2011            DAVID F. MCDOWELL
                                          TIFFANY CHEUNG
22                                           MORRISON & FOERSTER LLP

23

24                                   By: /s/ Tiffany Cheung
                                            Tiffany Cheung
25

26                                             Attorneys for Defendant
                                            Target Corporation

27

28

1
2
## ECF ATTESTATION

3
I, Tiffany Cheung, am the ECF User whose ID and Password are being used to file this:

4
**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

5
6
In compliance with General Order 45, X.B., I hereby attest that Kassra Nassiri concurred

7
in this filing.

8
Dated: May 6, 2011                                             MORRISON & FOERSTER LLP

9
10
11
                                                                By:  /s/ Tiffany Cheung
                                                                     Tiffany Cheung

12
13
14
15
**IT IS SO ORDERED.**

16
17
DATED:   May 10, 2011                           By: _____
                                                     Judge Charles R. Breyer

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Charles R. Breyer]

18
19
20
21
22
23
24
25
26
27
28

JOINT STIP. AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 11-CV-01546-RS

sf-2991316

1